No. 22-10710

# In the United States Court of Appeals for the Fifth Circuit

MICHAEL CLOUD,

                                                    Plaintiff-Appellee

*v.*

THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN,

                                                    Defendant-Appellant

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF
AMICI CURIAE ADVOCACY FOR FAIRNESS IN SPORTS AND
PROFESSOR ROGER BARON IN SUPPORT OF PLAINTIFF-APPELLEE
AND AFFIRMANCE**

                                             Luke A. Schamel
                                             lschamel@yettercoleman.com
                                             YETTER COLEMAN LLP
                                             811 Main Street, Suite 4100
                                             Houston, Texas 77002
                                             (713) 632-8000

**Attorneys for Amici Curiae Advocacy for Fairness in Sports
and Professor Roger Baron**

Amici curiae Advocacy for Fairness in Sports and Professor Roger Baron respectfully move for leave to file an amici brief in support of Plaintiff-Appellee Michael Cloud under Federal Rule of Appellate Procedures 29(a)(3) and Fifth Circuit Rule 29. Cloud consents to the filing of the amici brief; Defendant-Appellant the Bert Bell/Pete Rozelle NFL Player Retirement Plan does not oppose.

Roger Baron is a Professor Emeritus at the University of South Dakota School of Law and specializes in teaching, research, and scholarship related to the Employee Retirement Income Security Act of 1974 (ERISA). Advocacy for Fairness in Sports is a 501(c)(3) nonprofit that advocates for the rights of retired injured athletes and frequently contributes to national media investigations and reports about concussions and the NFL's retirement plan.

Professor Baron and Advocacy for Fairness in Sports respectfully submit that their amici brief will be "desirable" and "relevant" for the Court's "disposition of the case." Fed. R. App. P. 20(a)(3)(B). Both have an interest in this case's outcome in that both are interested in ensuring that ERISA law develops and is used to protect participants, including injured athletes, consistent with ERISA's stated purpose that it be administered "in the interests of participants of employee benefit plans and their beneficiaries" under 29 U.S.C. § 1001(b).

The proposed amici brief of Professor Baron and Advocacy for Fairness in Sports will also be useful to the Court because it will not simply rehash the parties'

arguments. *See Lefebure v. D'Aquilla*, 15 F.4th 670, 676 (5th Cir. 2021) (stating that courts are "well-advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted") (quoting *Neonatology Assocs. P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 133 (3d Cir. 2002)). Instead, it provides important background and context on ERISA's purpose and on the struggles that NFL players—especially those with brain injuries from concussions—face when trying to obtain benefits, and it questions the extremely broad deference that is too often given to ERISA plans to the detriment of their participants.

Dated: February 9, 2023         Respectfully submitted,

/s/Luke A Schamel
Luke A. Schamel
lschamel@yettercoleman.com
YETTER COLEMAN LLP
811 Main Street, Suite 4100
Houston, Texas 77002
(713) 632-8000

Attorneys for Amicus Curiae
Advocacy for Fairness in Sports and
Professor Roger Baron

- 4 -

## CERTIFICATE OF CONFERENCE

Counsel for amici curiae conferred with counsel for the parties. Plaintiff-Appellee consents to the filing of this motion. Defendant-Appellant does not oppose the filing of this motion.

/s/Luke A Schamel
Luke A. Schamel

# CERTIFICATE OF SERVICE

I certify that this motion was filed with the Court via the court's electronic filing system, on the 9th day of February, 2023, and an electronic copy of the response was served on all counsel of record, as listed below, via the court's electronic filing system on the same date:

Pratik A. Shah
James E. Tysse
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006

Michael Weisbusch
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, California 94104

Michael L. Junk
Edward J. Meehan
Groom Law Group, Chartered
1701 Pennsylvania Avenue N.W.
Washington, D.C. 20006

Nolan C. Knight
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201

*Attorneys for Defendant-Appellant*
*The Bert Bell/Pete Rozelle NFL*
*Player Retirement Plan*

Christian S. Dennie
Fox Rothschild LLP
cdennie@foxrothschild.com
2501 N. Harwood Street, Suite 1800
Dallas, Texas 75201

Matthew Nis Leerberg
mleerberg@foxrothschild.com
434 Fayetteville Street, Suite 2800
Raleigh, North Carolina 27601

Kip D. Nelson N.C.
knelson@foxrothschild.com
230 N. Elm Street, Suite 1200
Greensboro, North Carolina 27401

*Attorneys for Plaintiff-Appellee*

/s/Luke A Schamel
Luke A. Schamel

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitations of Federal Rule of Appellate Procedure 32(a)(7)(B) because this document contains 349 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32.

2. This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft® Office Word 2016 in 14-Point Times New Roman font.

Date: February 9, 2023 /s/Luke A Schamel
 Luke A. Schamel